LEONARDO M. RAPADAS
United States Attorney
ERIC S. O'MALLEY
Assistant United States Attorney
DISTRICT OF THE NORTHERN
   MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone: (670) 236-2980
Fax:       (670) 236-2985

Barbara A. Matthews
Senior Trial Attorney
Office of the Solicitor
Untied States Department of Labor
90 7th Street, Suite 3-700
San Francisco, CA 94103
Telephone: (415) 625-7757
Fax:       (415) 625-7772

Attorneys for Plaintiff U.S. Department of Labor

UNITED STATES DISTRICT COURT
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SABLAN CONSTRUCTION COMPANY, LTD., a Corporation; and JESUS S. SABLAN, AGNES SABLAN; RITA SABLAN, and KARL T. REYES,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 01-0047<br><br><br><br>SATISFACTION OF JUDGMENT |

COMES NOW THE PLAINTIFF HEREIN, by and through its Counsel, Eric S. O'Malley, Assistant United States Attorney, to notify the Court that the Judgment that was rendered in favor of Plaintiff and against Defendants in the above-entitled matter on March 8, 2003 has been paid, satisfied,

1  and discharged in full.

2

3

4                                       LEONARDO M. RAPADAS
                                        United States Attorney
                                        District of the Northern Mariana Islands
5

6  DATED: March 15, 2008        By: _____
                                        ERIC S. O'MALLEY
7                                       Assistant U.S. Attorney
                                        BARBARA A. MATTHEWS
8                                       Senior Trial Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28