```
                                              F I L E D
                                                 Clerk
                                              District Court
 1  LAWRENCE BREWSTER
    Regional Solicitor
 2  DAVID M. KAHN                              MAY - 7 2008
    Counsel for ESA Programs
 3  BARBARA A. MATTHEWS                     For The Northern Mariana Islands
    Senior Trial Attorney                  By_____
 4  Office of the Solicitor                       (Deputy Clerk)
    United States Department of Labor
 5  90 7th Street, Suite 3-700
    San Francisco, California 94103
 6
    Telephone: (415) 625-7757
 7  Facsimile: (415) 625-7772

 8  ATTORNEYS FOR THE PLAINTIFF
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ELAINE L. CHAO**, Secretary of Labor, United States Department of Labor, | Civil Action No. 01-0047 |
| Plaintiff, | |
| v. | **THE SECRETARY'S REPORT TO THE COURT** |
| **SABLAN CONSTRUCTION COMPANY, LTD.**, a corporation; JESUS SABLAN; AGNES SABLAN; RITA SABLAN; and KARL T. REYES, | |
| Defendants. | |

THE PLAINTIFF, Elaine L. Chao, Secretary of Labor, United States Department of Labor (the "Secretary"), files this Report to the Court concerning the outstanding unpaid backwages due pursuant to an amended consent judgment entered into between the Secretary and the defendants and filed with the Court on March 8, 2003:

On or about May 2, 2008 (Pacific standard time and date), and pursuant to a settlement reached between the parties, the Secretary received a payment in the amount of five hundred thousand

1  ($500,000.00) dollars in full satisfaction of the backwages that the
2  defendants owed their employees.  This amount will be distributed
3  to the affected workers as soon as practicable.
4  Dated: May __6__, 2008

5           GREGORY F. JACOB
            Solicitor of Labor
6
            LAWRENCE BREWSTER
7           Regional Solicitor

8           DAVID M. KAHN
            Counsel for ESA Programs
9

10          By: _____/s/ BAMatthews_____
11              BARBARA A. MATTHEWS
                Senior Trial Attorney
12
            Attorneys for Plaintiff Elaine L. Chao,
13          Secretary of Labor, United States Department of
            Labor

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I am a citizen of the United States of America and am over eighteen years of age. I am not a party to the within action; my business address is 90 7th Street, Suite 3-700, San Francisco, California 94103. On May 6, 2008 I served **THE SECRETARY'S REPORT TO THE COURT** in this action by facsimile transmission at the facsimile number indicated below and by placing a true copy thereof in a sealed government envelope with postage thereon, mailed in San Francisco, California, addressed to:

> BRIEN SERS NICHOLAS, ESQ.
> Law Offices of Brien Sers Nicholas
> 1st Floor, Cabrera Center, Beach Road
> P.O. Box 502876
> Saipan, MP 96950
> Facsimile Number: (670) 235-7192
>
> Attorney for Defendants Sablan Construction Company, Ltd., Jesus Sablan, Agnes Sablan, Rita Sablan, and Karl T. Reyes

I certify that under penalty of perjury that the above is true and correct. Executed on May 6, 2008 in San Francisco, California.

*/s/ BA Matthews*
BARBARA A. MATTHEWS
Senior Trial Attorney

OFFICE OF THE SOLICITOR
UNITED STATES DEPARTMENT OF LABOR